# Case Docket Entries

CC-20-2025-C-448

| | | |
|---|---|---|
| Court: **Circuit** | County: **20 - Kanawha** | Created Date: **4/3/2025** | Security Level: **Public** |
| Judge: **Tera Salango** | Case Type: **Civil** | Case Sub-Type: **Other** | Status: **Open** |
| Related Cases: | | | |
| Style: **Carmel Barker v. State Farm Fire And Casualty Company** | | | |

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 4/3/2025 2:31:41 PM | E-Filed | | Complaint |
| | 1-1  4/3/2025 | Civil Case Information Statement | | |
| | 1-2  4/3/2025 | Complaint - Complaint | | |
| | 1-3  4/3/2025 | Transmittal - Sent to Secretary of State for service | | |
| | 1-4  4/3/2025 | Summons | | |
| 2 | 4/3/2025 2:31:41 PM | Judge Assigned | J-20005 | Tera Salango |
| 3 | 4/3/2025 2:31:41 PM | Party Added | P-001 | Carmel Barker |
| 4 | 4/3/2025 2:31:41 PM | Party Added | D-001 | State Farm Fire And Casualty Company |
| 5 | 4/3/2025 2:31:41 PM | Party Added | D-002 | Richard D. Kundee |
| 6 | 4/3/2025 2:31:41 PM | Party Added | D-003 | Aryale Cannon |
| 7 | 4/3/2025 2:31:41 PM | Attorney Listed | P-001 | A-326 - Robert V. Berthold, Jr. |
| 8 | 4/3/2025 2:31:41 PM | Attorney Listed | P-001 | A-11065 - Robert V. Berthold, III |
| 9 | 4/3/2025 2:31:41 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 10 | 4/3/2025 2:31:41 PM | Service Requested | D-002 | Filer - Private Process Server |
| 11 | 4/3/2025 2:31:41 PM | Service Requested | D-003 | Filer - Private Process Server |
| 12 | 4/14/2025 3:52:43 PM | E-Docketed | | Supporting Documents - Acceptance of Service by Secretary of State as to State Farm Fire and Casualty Company |
| | 12-1  4/14/2025 | Supporting Document - Acceptance of Service by Secretary of State as to State Farm Fire and Casualty Company | | |
| | 12-2  4/14/2025 | Transmittal | | |

A TRUE COPY
TESTE Cathy S Gatson CLERK
CIRCUIT COURT KANAWHA COUNTY, W.VA
by BW